1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MOODY WOODROW TANKSLEY,              No.  2:16-cv-0023 JAM AC (PS)

12              Plaintiff,

13        v.                              FINDINGS & RECOMMENDATIONS

14   THE SACRAMENTO COUNTY POLICE
     DEPARTMENT; and OFFICER GILBERT
15   S. HALL, BADGE # 454,

16              Defendants.

17

18        Plaintiff has been proceeding in this case pro se and in forma pauperis.  The action was

19   referred to the undersigned magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

20        A recent court order was served on plaintiff's address of record and returned by the postal

21   service.  It appears that plaintiff has failed to comply with the court's Local Rules, which require

22   that a party appearing in propria persona inform the court of any address change within sixty-

23   three days.  E.D. Cal. R. ("Local Rule") 183(b).  More than sixty-three days have passed since the

24   court order was returned by the postal service and plaintiff has failed to notify the Court of a

25   current address.

26        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

27   prejudice for failure to prosecute.  See Local Rule 183(b).

28        These findings and recommendations are submitted to the United States District Judge

1

1   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

2   after being served with these findings and recommendations, plaintiff may file written objections

3   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

4   and Recommendations."  Any response to the objections shall be filed and served within fourteen

5   days after service of the objections.  Plaintiff is advised that failure to file objections within the

6   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

7   F.2d 1153 (9th Cir. 1991).

8   DATED: June 22, 2016

9
10  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2